LAW OFFICE OF MARK MAZDA
MARK MAZDA, SB# 181419
2040 Main Street, Suite 710
Irvine, California 92614
telephone (949) 222-9182
facsimile (949) 222-9199
email: mark@mark.mazda.com

JS - 6

Attorneys for Plaintiffs
James Michael Richards, Richard Brostrom,
and Frank Perry

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JAMES MICHAEL RICHARDS, an individual; RICHARD BROSTROM, an individual; and FRANK PERRY, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JEFFREY BRACKEN, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. SACV11-01186 JVS<br><br>**ORDER REMANDING CASE** |

The Court, having reviewed the Parties' stipulation to remand this action back to state court based upon a lack of complete diversity, hereby orders that the case be remanded back to the state court from which it came, namely to the Orange County Superior Court located in Santa Ana, California.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
The Honorable James V. Selna